**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

RE: JOHN TAYLOR                                    ) Case No. 19 B 04837
                                                   )
                                        Debtor     ) Chapter 13
                                                   )
                                                   ) Judge: JACK B SCHMETTERER

## NOTICE OF MOTION

JOHN TAYLOR                                        DAVID M SIEGEL
                                                   via Clerk's ECF noticing procedures
PO BOX 4064
OAK PARK, IL 60302

Please take notice that on May 22, 2019 at 11:00 am my designee or I will appear before the Honorable Judge JACK B SCHMETTERER at 219 South Dearborn Courtroom 682, Chicago, IL and present the motion set forth below.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E Monroe St., Chicago, IL or by the methods indicated on April 24, 2019.

                                                   /s/ Tom Vaughn

## TRUSTEE'S MOTION TO DISMISS FOR UNREASONABLE DELAY

Now comes Tom Vaughn, Trustee in the above entitled case and moves the Court to dismiss this case in support thereof states:

1. On February 25, 2019 the Debtor filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2. That the above-captioned plan has not yet been confirmed.

3. That the Debtor has caused unreasonable delay that is prejudicial to creditors by failing to:

Amend Plan to add tax refund language and to increase adequate protection payments to Credit Acceptance to at least $76.

WHEREFORE, the Trustee prays that this case be dismissed for unreasonable delay by the debtor pursuant to 11 U.S.C. § 1307 (c) (1).

                                                   Respectfully submitted,

TOM VAUGHN                                         /s/ Tom Vaughn
CHAPTER 13 TRUSTEE
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
(312) 294-5900