NTCASCLM

# United States Bankruptcy Court

*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

John Taylor
PO Box 4064
Oak Park, IL 60302
SSN: xxx–xx–4717  EIN: N.A.

Case No. : 19–04837
Chapter : 13
Judge : Jack B. Schmetterer

## NOTICE TO ASSIGNOR OF FILING OF ASSIGNMENT/TRANSFER OF CLAIM

TO : Santander Consumer USA

Pursuant to Bankruptcy Rule 3001(e), you are hereby advised that there has been filed in this office an assignment to Quantum3 Group LLC as agent for of your claim in the above matter, designated Claim No. 3 .   If no objections are filed by you on or before November 14, 2019 the Court shall substitute Quantum3 Group LLC as agent for in your place and stead as a claimant.   If objections to the assignment of claim are filed, a hearing will be scheduled by the court. You will be notified of the date of this hearing.

For the Court,

Dated: October 25, 2019

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court