UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:   )   BK No.:   19-04837
John Taylor   )
)   Chapter:   13
)
)   Honorable Jack Schmetterer
)
)
Debtor(s)   )

### ORDER ON DEBTOR'S MOTION TO AUTHORIZE SUBSTITUTEION COLLATERAL

THIS MATTER coming to be heard on the motion of Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is ORDERED:

1) Payee of check from State Farm insurance proceeds, shall sign over that payment to dealership for replacement of collateral.

2) Upon purchase of replacement collateral, a lien shall be placed on that collateral. That lien holder shall be Quantum3 Group, LLC. PO Box 788, Kirkland, WA 98083.

3) Quantum3 Group, LLC's collateral of the 2011 Buick Lacrosse is substituted by a 2013 Buick Lacrosse or similar vehicle.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  March 11, 2020

**Prepared by:**

Alexander Preber
IARDC#6324520
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100